I Debra Brady ___ of Richard Bradley 15% of workman comp claim filed as of Sept 2nd, 2009.

Debra Bradley 12/22/09      Richard K. Bradley 12/22

_(signature)_ Bradley 12/22/09      _(signature)_ K. Bradley 12-22

State of Maine
County of Oxford

Debra Bradley & Richard Bradley personally appeared before me.

_(signature)_
NOTARY PUBLIC

CURTIS W. COLE
Notary Public, State of Maine
My commission expires April 18, 2011



Blumberg No. 5137 — III

FROM : MON NOV 22 2010 16:52/ST. 16:51/No. 6826664345 P 3

# NOTICE OF LIEN

WCBN: 09023680                         DOI: 09/02/2009

Employee: Debra A. Bradley             Employer: Medical Care Development

Name and Address of Injured Worker:

   Debra A. Bradley
   485 Tuell Hill Road
   Sumner, ME 04292

Name and Address of Lien Claimant:

   Richard K. Bradley
   485 Tuell Hill Road
   Sumner, ME 04282

Name and Address of Lien Claimant's Attorney:

   Frederick A. Busconi, Esquire
   392 Union Avenue
   Framingham, Ma 01702
   Telephone:   (508) 830-1111
   Facsimile:   (508) 820-1155

This request and claim for lien is for 15% of any settlement awarded to the employee in her workman's compensation claim filed against Medical Care Development (Employer). See attached note signed by the parties and included in their divorce judgment.

_____          _____
Signature of Attorney for Lien Claimant.    Signature of Lien Claimant

3-31-2010                           4-1-10
Date                                Date

Blumberg No. 5137

IV

LAW OFFICES
## Frederick A. Busconi
392 UNION AVENUE
FRAMINGHAM, MA 01702
TELEPHONE (508) 820-1111 • FACSIMILE (508) 820-1155

FREDERICK A. BUSCONI
SCOTT F. BUSCONI

May 15, 2013

SECOND NOTICE—June 4, 2013

**VIA FACSIMILE TRANSMISSION 207-253-8099**

Steven Davis, Esquire
183 Middle Street
P.O. Box 7030
Portland, Maine 04112

| RE: | Your Client/Employee: | *Debra Bradley* |
|---|---|---|
| | Employer: | *Medical Care Development* |
| | DOI: | *09/02/2009* |
| | WCBN: | *09023680* |

Dear Attorney Davis:

Kindly be advised that this office represents Richard K. Bradley, the former husband of your client Debra Bradley. The parties were divorced in 2009. At the time of their divorce Debra agreed to pay to Richard "15% of workman comp claim filed as of Sept. 2nd, 2009." A lien was placed with the Workers' Compensation Board. (See Attached)

It is our understanding that there has been a lump sum settlement in this matter.

Please let me know at your earliest opportunity when my client might expect his payment.

Thank you for your attention to this request. If you have any questions regarding any of the above, do not hesitate to contact me.

Very truly yours,

Frederick A. Busconi

FAB:maw
Enclosures

